# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| KENNETH ALDRICH            )<br>                             )<br>     Plaintiff,              )<br>                             )   No. 7:12-cv-279<br>     vs.                     )<br>                             )<br>COMMERCIAL RECOVERY SYSTEMS, )<br>INC.,                        )   **NOTICE OF SETTLEMENT**<br>                             )<br>     Defendant.              ) | |

NOW COMES the Plaintiff, KENNETH ALDRICH, by and through his attorney, MITCHEL E. LUXENBURG, and hereby notifies the Court that a Settlement Agreement has been reached. The parties will file the appropriate Dismissal with the Court, subsequent to completion of the settlement agreement between the parties.

                                        Respectfully Submitted,

                                        /s/ Mitchel E. Luxenburg
                                        Mitchel E. Luxenburg (42021)
                                        Luxenburg & Levin, LLC
                                        Attorney for Plaintiff
                                        23875 Commerce Park
                                        Suite 105
                                        Beachwood, OH 44122
                                        (888) 493-0770, ext. 301 (phone)
                                        (866) 551-7791 (facsimile)
                                        Mitch@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2012 a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (42021)
Luxenburg & Levin, LLC
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com
