## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| KENNETH ALDRICH, | ) |
| | ) Case No. 7:12-cv-279 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **NOTICE OF DISMISSAL** |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

Now comes the Plaintiff, KENNETH ALDRICH, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties

        Respectfully submitted,

        s/ Mitchel E. Luxenburg
        Mitchel E. Luxenburg (42021)
        Luxenburg & Levin, LLC
        Attorney for Plaintiff
        23875 Commerce Park
        Suite 105
        Beachwood, OH 44122
        (888) 493-0770, ext. 301 (phone)
        (866) 551-7791 (facsimile)
        Mitch@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2012, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                          s/ Mitchel E. Luxenburg
                                          Mitchel E. Luxenburg (42021)
                                          Luxenburg & Levin, LLC
                                          Attorney for Plaintiff
                                          23875 Commerce Park
                                          Suite 105
                                          Beachwood, OH 44122
                                          (888) 493-0770, ext. 301 (phone)
                                          (866) 551-7791 (facsimile)
                                          Mitch@LuxenburgLevin.com